| | | |
|---|---|---|
| Weichert v Village of Parish | App Div, 4th Dept: 2016 NY Slip Op 74080(U) | denied |
| Weissbrod, Matter of, v DoPico | App Div, 1st Dept: 2014 NY Slip Op 76844(U) | denied |

## Decided November 22, 2016

| | | |
|---|---|---|
| Abdus-Samad, Matter of, v Annucci | 4th Dept: 141 AD3d 1101 | denied |
| Angel R. v New York City Tr. Auth. | 1st Dept: 139 AD3d 590 | denied |
| BGC Notes, LLC v Gordon | 1st Dept: 142 AD3d 435 | denied |
| Bond & Broadway, LLC v Funding Exch., Inc. | 1st Dept: 132 AD3d 488 | denied |
| Collins v Unger | 1st Dept: 138 AD3d 421 | denied |
| Diamond, Matter of, v Lichaw | 2d Dept: 136 AD3d 1031 | denied |
| Hollander v Shepherd | App Div, 1st Dept: 2016 NY Slip Op 84226(U) | denied |
| Manuel H. v Landsberger | 1st Dept: 138 AD3d 490 | denied |
| Meyer v North Shore-Long Is. Jewish Health Sys., Inc. | 2d Dept: 137 AD3d 880 | denied |
| Meyer v North Shore-Long Is. Jewish Health Sys., Inc. | 2d Dept: 137 AD3d 878 | denied |
| 111 Condominium, Matter of, v Board of Stds. & Appeals of the City of N.Y. | 1st Dept: 139 AD3d 443 | denied |
| Paramount Pictures Corp. v Allianz Risk Transfer AG | 1st Dept: 141 AD3d 464 | granted |
| Pinkham v West Elm | 1st Dept: 142 AD3d 477 | denied |
| People v Broadus | 2d Dept: 142 AD3d 595 | denied* |
| People v Burke | 3d Dept: 139 AD3d 1268 | denied |
| People v Gonzalez | 2d Dept: 142 AD3d 541 | denied* |
| People v Graziano | 3d Dept: 140 AD3d 1541 | denied |
| People v Jordan | 2d Dept: 142 AD3d 596 | denied* |
| People v Mitchell | 2d Dept: 142 AD3d 542 | denied* |
| People v Pavia | 2d Dept: 142 AD3d 655 | denied |
| Saavedra v 64 Annfield Ct. Corp. | 2d Dept: 137 AD3d 771 | denied |
| Theaprin Pharms., Inc. v Conway | 2d Dept: 137 AD3d 1256 | denied |
| Theaprin Pharms., Inc. v Conway | 2d Dept: 137 AD3d 1254 | denied |

## Decided December 15, 2016

| | | |
|---|---|---|
| Allstate Prop. & Cas. Ins. Co., Matter of, v New Way Massage Therapy P.C. | 1st Dept: 134 AD3d 495 | denied |

* Motion for poor person relief dismissed as academic or denied.